UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CASE NO. 5:21-cv-00082-KKC

*Electronically Filed*

ACUITY, A MUTUAL INSURANCE COMPANY        PLAINTIFF

v.

**AGREED ORDER OF DISMISSAL**

BENNETT CONSTRUCTION LLC,
LOWE'S HOME CENTERS, LLC, and
I3 TRIPLE CROWN HOLDINGS LLC        DEFENDANTS

\*   \*   \*   \*   \*

Comes the Plaintiff, Acuity, a Mutual Insurance Company, by counsel, and Defendants, Bennett Construction LLC, by counsel, and Lowe's Home Centers, LLC, by counsel, and all matters heretofore in controversy having been settled to the satisfaction of all parties; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that all claims asserted in the Plaintiff's Complaint are hereby DISMISSED WITH PREJUDICE. All parties shall bear their own costs and attorney fees incurred in this action. This matter is dismissed and stricken from the docket.

SO ORDERED this ____ day of _____, 2022.

_____
JUDGE, U.S. DISTRICT COURT

HAVE SEEN AND AGREED TO:


/s/ Pamela Adams Chesnut\_\_\_
Pamela Adams Chesnut
GREEN CHESNUT & HUGHES, PLLC
201 East Main Street, Ste. 800
Lexington, Kentucky 40507
pchesnut@gcandh.com
*Counsel for Plaintiff, Acuity,*
*a Mutual Insurance Company*


/s/  Laura L. Mays_____
Laura L. Mays
Gregory A. Jackson
Steptoe & Johnson, PLLC
2525 Harrodsburg Road, Suite 300
Lexington, Kentucky 40504
laura.mays@steptoe-johnson.com
greg.jackson@steptoe-johnson.com
*Counsel for Defendant*
*Lowe's Home Centers, LLC*


/s/ \_Christopher P. Farris_____
Christopher P. Farris
Billings Law Firm, PLLC
145 Constitution Street
Lexington, Kentucky 40507
cpfarris@blfky.com
*Counsel for Defendant*
*Bennett Construction, LLC*