UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| ACUITY, A MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>V.<br><br>BENNETT CONSTRUCTION LLC, LOWE'S HOME CENTERS, LLC, and I3 TRIPLE CROWN HOLDINGS, LLC,<br><br>    Defendants. | CIVIL ACTION NO. 5:21-82-KKC<br><br><br><br>**ORDER** |

\*\*\* \*\*\* \*\*\*

In accordance with the Agreed Order of Dismissal, the Court hereby ORDERS that the pending motion for summary judgment (DE 18) is DENIED as moot.

This 27th day of April, 2022.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY

1